**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-4938**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

ANTHONY WAYNE ALSTON,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, Senior District Judge. (1:95-cr-00005-TSE-1)

Submitted: June 18, 2015          Decided: June 22, 2015

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Denise Jakabcin Tassi, LAW OFFICE OF DENISE J. TASSI, Alexandria, Virginia, for Appellant. Dana J. Boente, United States Attorney, Grace L. Hill, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Wayne Alston appeals the district court's order revoking his supervised release and sentencing him to 24 months' imprisonment. On appeal, Alston argues that there was insufficient evidence before the district court to establish that he violated the terms of his supervised release. We have reviewed the record and conclude that the evidence of Alston's violation was more than sufficient to support the district court's revocation decision. See 18 U.S.C. § 3583(e)(3) (2012). Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED